**Leroy BEASLEY, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 38826.**

Court of Criminal Appeals of Texas.

Jan. 5, 1966.

Neal & Roye (on appeal only), Graham, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is aggravated assault; the punishment, six months in jail and a fine of $500.

The complaint sworn to on May 21, 1965, alleged that the assault was committed on or about the 19th day of *March,* 1965.

There is a fatal variance between the complaint and information in that the information alleges that the offense was committed on or about the 19th day of *May,* 1965. Harrison v. State, Tex.Cr. App., 297 S.W.2d 823, and cases cited; Wheat v. State, 172 Tex.Cr.R. 259, 356 S.W.2d 323, and cases cited.

The judgment is reversed and the cause remanded.